NO. SCWC-30337

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

TERRANCE E. ATWOOD, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30337; CR. NO. 07-1-0635)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
AND REQUESTING FURTHER BRIEFING
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ.
and Circuit Judge Sakamoto,
in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant's application for writ of certiorari filed on August 24, 2012, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

IT IS FURTHER ORDERED that each party shall file a supplemental brief addressing the issue of whether sufficient evidence existed to indict Petitioner under Hawaiʻi Revised Statutes § 708-830.5(1)(a) for theft "[o]f property or services, the value of which exceeds $20,000[.]" Each party's supplemental

brief shall not exceed 10 pages in length and shall be filed within 14 days after the filing of this order.

DATED: Honolulu, Hawai‘i, October 5, 2012.

David A. Sereno for petitioner

Peter A. Hanano for respondent

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Karl K. Sakamoto

